JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA VAOTUUA,<br><br>Plaintiff,<br><br>vs.<br><br>INDUSTRIAL STAFFING SERVICES, INC., a New Jersey Corporation, PITNEY BOWES, INC., a Delaware Corporation, and DOES 1 through 100, inclusive.<br><br>Defendants. | CASE NO.: 8:18-cv-02003 AG (ADSx)<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE** |

## ORDER

The Joint Stipulation for Dismissal with Prejudice submitted by Plaintiff, Christina Vaotuua and Defendants, Industrial Staffing Services, Inc. and Pitney Bowes, Inc. is approved. IT IS ORDERED THAT: the entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice, pursuant to Federal Rule of Civil Procedure, Rule 41(a)(1)(2); and the Parties are to bear their own costs and attorneys' fees.

Dated: July 19, 2019

_____
Hon. Andrew J. Guilford
United States District Judge

4825-4362-3777